**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GALLAUDET UNIVERSITY )<br>)<br>　　　　　　Plaintiff, )<br>)<br>　　v. )<br>) Case No: 2020-CA-005196 B<br>JAMES G. DAVIS CONSTRUCTION )<br>CORPORATION )<br>)<br>　　　　　　Defendant. )<br>) | |

## NOTICE OF REMOVAL

TO:　The United States District Court for the District of Columbia
　　　333 Constitution Avenue N.W.
　　　Washington, D.C. 20001

　　　Please take notice that pursuant to 28 U.S.C. § 1332 and § 1441, defendant James G. Davis Construction Corporation (hereinafter "DAVIS") by and through its attorneys, hereby removes the entire civil action filed in the Superior Court of the District of Columbia Civil Division, (Docket No. 2020-CA-005196 B), to the United States District Court for the District of Columbia. As grounds for removal, Defendant states as follows:

　　　1.　On or about December 30, 2020, Plaintiff Gallaudet University filed a Complaint in the Superior Court of the District of Columbia against DAVIS. DAVIS received a copy of the Complaint through its agent.

　　　2.　Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of DAVIS's receipt of the initial pleading. No previous Notice of Removal has been filed or made to this Court for the relief sought herein.

3. A copy of all process, pleadings, and other papers received by DAVIS are attached hereto as Exhibit A.

4. Pursuant to 28 U.S.C. § 1441(a), any civil action over which the district courts of the United States have original jurisdiction may be removed from state to federal court.

5. 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, which grants the district courts of the United States original jurisdiction over any civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

7. Because this matter is pending in the Superior Court of the District of Columbia, which is embraced by this Court, it may properly be removed to this Court pursuant to 28 U.S.C. § 1441.

8. Diversity of citizenship is properly invoked by Defendants, pursuant to 28 U.S.C. § 1332(a)(1) because:

    a) A plain reading of Plaintiff's Complaint establishes that the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), as Plaintiff expressly pleads that she seeks, *inter alia*, an award of compensatory damages in the amount of Thirty Million Dollars ($30,000,000). (See Compl. at p. 22.)

    b) This civil action is between citizens of different states. Plaintiff is a university organized under the laws of the District of Columbia with its principal place of

business in the District of Columbia. (Compl. at p. 2.) DAVIS is a corporation incorporated in Virginia, with its principal place of business in Maryland. (Compl. at 2.) Accordingly, Plaintiff is a citizen of the District of Columbia and DAVIS is a citizen of Virginia and Maryland.

9. A copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the District of Columbia, in accordance with the provisions of 28 U.S.C. 1446(d).

10. Defendants preserve herein any and all other bases of removal.

WHEREFORE, Defendants respectfully request that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

*/s/ Stephen M. Seeger*
Stephen M. Seeger (DC Bar No. 431258)
Alexandra E. Busch (DC Bar No. 1047111)
Cozen O' Connor
1200 19th Street, NW
Washington, DC  20036
P: 202-747-0793
F: 202-861-1905
Sseeger@cozen.com
Abusch@cozen.com

Dated: January 26, 2021                *Attorneys for Defendants*