# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GALLAUDET UNIVERSITY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-00236-CJN |
|  | ) Judge Carl J. Nichols |
| JAMES G. DAVIS CONSTRUCTION CORPORATION, | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

After the case was removed to this Court and the Court granted the parties' Joint Motion for Stay pending arbitration of the disputes in this case, the parties completed an arbitration of their disputes, and Defendant James G. DAVIS Construction Corporation satisfied fully and timely the Final Award issued by the Arbitration Panel.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gallaudet University, by counsel, and Defendant James G. DAVIS Construction Corporation, by counsel, who are all the parties that have appeared in this action, therefore hereby stipulate that the above-captioned matter and all claims alleged therein shall be, and hereby are:

DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

2

Dated: January 25, 2023                    Respectfully submitted,

NIXON PEABODY LLP

By:    /s/ Louis E. Dolan, Jr.
Louis E. Dolan, Jr. (Bar No. 442881)
Vernon W. Johnson, III (Bar No. 423756)
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel:    (202) 585-8191
Fax:    (866) 741-1857
Email: ldolan@nixonpeabody.com
Email: vjohnson@nixonpeabody.com

*Counsel for Plaintiff Gallaudet University*

COZEN O'CONNOR

By:    /s/ Stephen M. Seeger
Stephen M. Seeger (Bar No. 431258)
Caitlin E. Trevillyan (Bar No. 888155614)
1200 19th Street, NW, 3rd Floor
Washington, DC  20036
Tel. (202) 747-0793
Fax. (866) 413-0172
Email: sseeger@cozen.com
Email: ctrevillyan@cozen.com

*Counsel for Defendant James G. Davis Construction Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2023, I caused a copy of the foregoing Stipulation of Dismissal with Prejudice to be filed electronically with the Clerk of Court using the CM/ECF system, which will give notice to all counsel of record.

          /s/ Louis E. Dolan, Jr.
          Louis E. Dolan, Jr.